[No. 8649½.  Department One.  July 2, 1910.]

OKANOGAN VALLEY BANK, *Respondent*, v. JACKSON EVANS *et al.*, *Appellants*.[1]

APPEAL—BOND—AMOUNT.  Where the bond on appeal, conditioned also as a supersedeas, is for less than double the judgment and $200 additional, the appeal will be dismissed.

APPEAL—REVIEW—EXCEPTIONS.  The evidence will not be reviewed in the absence of exceptions to the findings of fact.

Appeal from a judgment of the superior court for Okanogan county, Taylor, J., entered September 11, 1909, upon findings in favor of the plaintiff, in an action on a promissory note, after a trial on the merits before the court without a jury.  Dismissed.

*Alvin W. Barry* and *Perry D. Smith*, for appellants.

*William C. Brown*, for respondent.

PER CURIAM.—A judgment was entered in this case for $250, the amount of the principal of a promissory note, $68.10 interest, and $43.30 costs, making in the aggregate $361.40.  A bond was given in the sum of $800, conditioned both as an appeal and a supersedeas bond.  It should have been given for double the amount of the judgment and costs, plus $200, the amount required for an appeal bond.  The case was tried to the court as an action at law, and findings of fact were made and filed in the cause.  No exceptions were taken to the findings.

The respondent moves to dismiss the appeal for the reasons stated.  The motion must be sustained.  The bond is not in form or substance such as to render the appeal effectual. *Hassett v. Fraternal Brotherhood, ante* p. 161, 109 Pac. 305; *Pierce v. Willeby*, 20 Wash. 129, 54 Pac. 999; *Beezley v. Sessions*, 22 Wash. 125, 60 Pac. 130; *Galloway v. Tjos-*

[1]Reported in 109 Pac. 795.

*sem,* 22 Wash. 103, 60 Pac. 129; *Sumner v. Rogers,* 21 Wash. 361, 58 Pac. 214; *Hawthorn v. Washington & Great Western R. Co.,* 33 Wash. 707, 74 Pac. 1135; *Winchester v. Morris,* 33 Wash. 706, 74 Pac. 361. Where there are no exceptions to the findings of fact, the evidence will not be reviewed. *Cornthwaite v. Barrington Transportation Co.,* 55 Wash. 389, 104 Pac. 609.

Dismissed.